DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN GREER,**
Appellant,

v.

**DUAN DRAKES,**
Appellee.

No. 4D21-1971

[May 12, 2022]

Appeal of a non-final order from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Alonzo, Judge; L.T. Case No. 562021CC000877AXXXHC.

Steven Greer, Port St. Lucie, pro se.

Jennifer Anne Gore Maglio of Maglio Christopher & Toale Law Firm, Sarasota, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***